# UNITED STATES of America, Plaintiff–Appellee,

v.

## Cruz Emma MARES–CHAVEZ, Defendant–Appellant.

### No. 05–40952
### Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 20, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Albert Anthony Pena, III, The Law Offices of Pena & Pena, Corpus Christi, TX, for Defendant–Appellant.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Cruz Emma Mares–Chavez has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mares–Chavez has not responded to counsel's motion.

Our independent review of the brief filed by counsel and of the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.